Stephen W. **KENDRICK,** Plaintiff—Appellant,

v.

**HENRY COUNTY PUBLIC SERVICE AUTHORITY; James G. McInerney,** Individually and in his official capacity as Public Service Authority Board Chairman; **Mary Ray Carter,** Individually and in her official capacity as Public Service Authority Board Member; **Larry N. Turner,** Individually and in his official capacity as Public Service Authority Board Member; **Kathryn REA,** Individually and in her official capacity as Public Service Authority Board Member; **Gerald Lawicki,** Individually and in his official capacity as Public Service Authority Board Member; **David Davis,** Individually and in his official capacity as Henry County Board of Supervisors **Chairman; Frances Zehr,** Individually and in his official capacity as former Member of Henry County Board of Supervisors; **Mike Siedle,** Individually and in his capacity as former Member of Henry County Board of Supervisors; **Henry County, Virginia,** an unincorporated district and political Subdivision of the Commonwealth of Virginia, Defendants—Appellees.

No. 05–1175.

United States Court of Appeals, Fourth Circuit.

Argued Oct. 25, 2005.

Decided Dec. 2, 2005.

**ARGUED:** James Broome Thorsen, Thorsen & Scher, L.L.P., Richmond, Virginia, for Appellant. Carlene Booth Johnson, Perry & Windels, Dillwyn, Virginia; Martha White Medley, Daniel, Vaughan, Medley & Smitherman, P.C., Danville, Virginia, for Appellees. **ON BRIEF:** W. Reilly Marchant, Marchant, Thurston, Honey & Blanks, L.L.P., Richmond, Virginia, for Appellant. M. Brent Saunders, Daniel, Vaughan, Medley & Smitherman, P.C., Danville, Virginia, for Appellees Henry County, Virginia, David Davis, Frances Zehr, and Mike Siedle.

Before WIDENER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephen Kendrick appeals three orders from the district court that dismissed, ei-

ther on a motion to dismiss or motion for summary judgment, all of his claims brought under 42 U.S.C. § 1983 against Henry County Public Service Authority, James McInerney, Kathy Rea, Larry Turner, Mary Carter, Gerald Lawicki, David Davis, Frances Zehr, Mike Siedle, and Henry County, Virginia in connection with the termination of his employment at the Henry County Public Service Authority. After reviewing the record and hearing argument from counsel, we find no reversible error in any of the decisions by the district court below. Accordingly, we affirm for the reasons stated by the district court. *See Kendrick v. Henry County Public Serv. Auth., et al.,* No. 4:04–CV–14 (W.D.Va. Jan. 27, 2005); *Kendrick v. Henry County Public Serv. Auth., et al.,* No. 4:04–CV–14 (W.D.Va. Nov. 30, 2004); *Kendrick v. Henry County Public Serv. Auth., et al.,* No. 4:04–CV–14 (W.D.Va. Jul. 29, 2004).

*AFFIRMED*